IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS VACATION AND HOLIDAY PLAN, OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND, OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND, BUSINESS DEVELOPMENT TRUST FUND, AND HEAVY AND HIGHWAY COMMITTEE,<br><br>              Plaintiffs,<br><br>   v.<br><br>GALVIN CONSTRUCTION MANAGEMENT, a partnership, GAVIN CONSTRUCTION COMPANY, INC., a California corporation, and PATRICK J. GAVIN, individually,<br><br>              Defendants.<br>_____/ | No. C 07-01241 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

The Court **CONTINUES** the case management conference for a second time to **AUGUST 2, 2007, AT 11:00 A.M.** All related deadlines are **EXTENDED** accordingly. Please note that there will be no further extensions.

**IT IS SO ORDERED.**

Dated: June 25, 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE