Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO HEADQUARTERS)

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GLAVIN CONSTRUCTION MANAGEMENT, a partnership; GLAVIN CONSTRUCTION COMPANY, INC., a California Corporation; and PATRICK J. GLAVIN, individually,<br><br>Defendants. | Case No.: C07-1241 WHA<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** AND ORDER THEREON<br><br>DATE:  August 3, 2007<br>TIME:  9:00 a.m.<br>COURTROOM: 9, 19th Floor<br>JUDGE:  The Honorable William H. Alsup |

I, Michele R. Stafford, am an attorney at law licensed to practice in the State of California, and am an associate of Saltzman and Johnson Law Corporation, attorneys for plaintiffs herein.

1. On June 25, 2007, the Court issued an Order resetting the Case Management Conference, originally set for June 28, 2007, to August 2, 2007.

-1-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
Case No.: C07-1241 WHA

P:\CLIENTS\OE3CL\Glavin Construction\Pleadings\C07-1241 WHA CMC Continuance Request 073107.DOC

2.     On July 17, 2007, plaintiffs filed a Request for Entry of Default as to Glavin Construction Management and Glavin Construction Company. Default as to these two defendants was entered by the Clerk on July 18, 2007.

3.     On July 30, 2007, the Case Management Conference was reset by the Clerk's Notice to August 3, 2007.

4.     Plaintiffs have prepared a Motion for Default Judgment which will be filed with the Court as soon as possible. We are waiting for a signed Declaration with respect to the attorneys fees incurred by prior counsel, Tracy Mainguy. It is anticipated that the entire Motion can be filed with the Court by August 6, 2007. Ms. Mainguy is currently on maternity leave and we are in the process of obtaining her signature on her Declaration of Fees. If the Court would prefer, plaintiffs can file the Motion on August 1, 2007, with Ms. Mainguy's Declaration to follow once her signature page is obtained.

5.     Plaintiffs again respectfully request that the Case Management Conference, currently scheduled for August 3, 2007, be continued for approximately 10 days to allow counsel to file the Motion for Default Judgment in its entirety.

///

///

///

///

///

///

///

///

///

///

-2-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C07-1241 WHA**

P:\CLIENTS\OE3CL\Glavin Construction\Pleadings\C07-1241 WHA CMC Continuance Request 073107.DOC

-3-

1  It is furthermore requested that all previously set deadlines and dates related to this case be
2  continued as well.
3  I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
4  entitled action, and that the foregoing is true of my own knowledge.
5  Executed this 31st day of July, 2007, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION


By: _____/s/_____
        Michele R. Stafford
        Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to August 16, 2007, _____ at  11:00 a.m. _____. All related deadlines are extended accordingly.

Date: _August 2, 2007._ _____     _____
                                       United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*

# PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On July 31, 2007, I served the following document(s):

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Glavin Construction Management**
> **610 Eubanks Court, Suite B-6**
> **Vacaville, CA 95688**
>
> **Glavin Construction Company, Inc.**
> **610 Eubanks Court, Suite B-6**
> **Vacaville, CA 95688**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 31st day of July, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C07-1241 WHA**

P:\CLIENTS\OE3CL\Glavin Construction\Pleadings\C07-1241 WHA CMC Continuance Request 073107.DOC