IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,

    Plaintiffs,

  v.

GLAVIN CONSTRUCTION MANAGEMENT, a partnership; GLAVIN CONSTRUCTION COMPANY, INC., a California Corporation, and PATRICK J. GLAVIN, individually,

    Defendants.

No. C 07-01241 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting default judgment in favor of plaintiffs, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiffs and against defendants. Defendants shall pay plaintiffs $3,426.14 in unpaid contributions, $980.00 in liquidated damages, $360.70 in interest, $410.00 in costs, and attorney's fees in the amount of $1687.50, for a total of $6,864.34.  The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 25, 2007.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE