Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO HEADQUARTERS)

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>           Plaintiffs,<br><br>v.<br><br>GLAVIN CONSTRUCTION MANAGEMENT, a partnership; GLAVIN CONSTRUCTION COMPANY, INC., a California Corporation; and PATRICK J. GLAVIN, individually,<br><br>           Defendants. | Case No.: C07-1241 WHA<br><br>**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE AND RELATED DATES**; ORDER THEREON<br><br>Date:    May 8, 2008<br><br>Time:    11:00 a.m.<br><br>Courtroom:  9, 19th Floor<br>                      450 Golden Gate Avenue<br>                      San Francisco, California<br><br>Judge:  The Honorable William H. Alsup |

Plaintiffs herein respectfully request that the case Management Conference currently scheduled for May 8, 2008, and all related dates herein be vacated.

1.     On March 1, 2007, a complaint was filed by plaintiffs for defendants' failure to pay to delinquent contributions, liquidated damages and interest owed to plaintiffs for the period January 1, 2004 through December 31, 2005.

2.      A Notice of Automatic Stay was filed by plaintiffs' counsel on April 19, 2007 because Defendant Patrick Glavin filed a petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of California, Sacramento Division, Case Number 07-21176 on February 22, 2007.   Plaintiff's counsel at that time mistakenly stated that the remaining defendants had not filed a petition for relief under the bankruptcy code, so no stay was in effect with respect to such Defendants.

3.      A Motion to Substitute Attorney was filed by present counsel on May 30, 2007.

4.      On July 17, 2007, plaintiffs filed a Request for Entry of Default as to Glavin Construction Management and Glavin Construction Company, Inc. Default as to these two defendants was entered by the Clerk on July 18, 2007.

5.      Plaintiffs filed a Motion for Default Judgment as to Glavin Construction Management and Glavin Construction Company, Inc. on August 1, 2007.

6.      A hearing on the Motion for Default Judgment was heard before the Honorable William Alsup on September 20, 2007 and an Order Granting Default Judgment was entered September 25, 2007.

7.      Upon further review by plaintiffs' counsel, it appears that the February 22, 2007 Chapter 7 bankruptcy filing of Patrick J. and Maura C. Glavin also named "dba Glavin Construction Management" and "dba Glavin Construction Co., Inc."  Therefore, the stay was in effect with respect to these Defendants.

8.      On February 11, 2008, plaintiffs filed an Amended Motion to Vacate Judgment with the Court.  The Court signed this Order on February 12, 2008.

All defendants have filed for bankruptcy and plaintiffs are therefore stayed under 11 U.S.C. Section 362 from proceeding with this action against the defendants. Plaintiffs will notify

1   this court in the event that the bankruptcy is dismissed, and allowing the within action to again

2   proceed against the defendants.

3          Plaintiffs therefore request that the Case Management Conference, currently scheduled for

4   may 8, 2008, and related dates herein be vacated.

5          Plaintiffs further request that the Court set a Case Management Conference in 60-90 days.

6          I declare under penalty of perjury that I am the attorney for the plaintiffs in the above

7

8   entitled action, and that the foregoing is true of my own knowledge.

9          Executed this 23rd day of April, 2008, at San Francisco, California.

10                                    SALTZMAN & JOHNSON
                                      LAW CORPORATION
11

12

13                          By:_____/s/_____
                                  Michele R. Stafford
14                                Attorneys for Plaintiffs

15   IT IS SO ORDERED.

16          The currently set Case Management Conference and all related dates are hereby vacated. A
17   Case Management conference is reset for _August 7, 2008, at 11:00 a.m._.

18

19   Dated:_May 6, 2008._____      _____
                                            THE HONORABLE WILLIAM H. ALSUP
20

21

22

23

24

25

26

27

28
                                                                                    -3-
                                            REQUEST TO VACATE CASE MANAGEMENT CONFERENCE
                                            Case No.: C07-1241 WHA

1

<u>PROOF OF SERVICE</u>

2

3

I, the undersigned, declare:

4

I am a citizen of the United States and am employed in the County of San Francisco, State

5

of California.  I am over the age of eighteen and not a party to this action.  My business address is

6

120 Howard Street, Suite 520, San Francisco, California 94105.

7

8

On April 23, 2008, I served the following document:

9

**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**

10

**AND RELATED DATES**

11

on the interested parties in said action by placing a true and exact copy of each document in a

12

sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

13

Francisco, California, addressed as follows:

14

**Glavin Construction Management**

15

**610 Eubanks Court, Suite B-6**
**Vacaville, CA 95688**

16

**Glavin Construction Company, Inc.**

17

**610 Eubanks Court, Suite B-6**
**Vacaville, CA 95688**

18

19

I declare under penalty of perjury that the foregoing is true and correct and that this

20

declaration was executed on this 23rd day of April, 2008, at San Francisco, California.

21

22

23

_____/s/_____
Vanessa de Fábrega

24

25

26

27

28

-1-
**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**
**Case No.: C07-1241 WHA**