Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GLAVIN CONSTRUCTION MANAGEMENT, GLAVIN CONSTRUCTION COMPANY, INC., and PATRICK J. GLAVIN,<br><br>Defendants. | Case No.: C07-1241 WHA<br><br>**RENEWED REQUEST TO VACATE CASE MANAGEMENT CONFERENCE AND RELATED DATES** ;  AND ORDER<br><br>Date:         August 7, 2008<br>Time:        11:00 a.m.<br>Courtroom:  9, 19th Floor<br>Judge:       The Honorable William H. Alsup |

Plaintiffs herein respectfully request that the Case Management Conference currently scheduled for August 7, 2008, and all related dates herein be vacated.

1.      On April 23, 2008, plaintiffs filed a Request to Vacate Case Management Conference and Related Dates due to that fact that all defendants have filed for bankruptcy and plaintiffs are therefore stayed under 11 U.S.C. Section 362 from proceeding with this action against the defendants.

2.      Nevertheless, a Case Management Conference was reset for August 7, 2008.

-1-
**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**
Case No.: C07-1241 WHA

1  3. All defendants have filed for bankruptcy and plaintiffs are therefore stayed under 11 U.S.C. Section 362 from proceeding with this action against the defendants.

4. Plaintiffs therefore request that the Case Management Conference, currently scheduled for August 7, 2008, and related dates herein be vacated.

5. Plaintiffs will notify this court in the event that the bankruptcy is dismissed, and allowing the within action to again proceed against the defendants.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 1st day of August, 2008, at San Francisco, California.

```
                                SALTZMAN & JOHNSON
                                LAW CORPORATION


                                By:_____/s/_____
                                    Muriel B. Kaplan
                                    Attorneys for Plaintiffs
```

IT IS SO ORDERED.

The currently set Case Management Conference ~~and all related dates are hereby vacated.~~ is CONTINUED to January 22, 2009, at 11:00 AM. A cmc statement is due January 15, 2009.

Dated: August 5, 2008.          _____
                                THE HONORABLE WILLIAM H. ALSUP

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup signature]*

-2-
**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**
Case No.: C07-1241 WHA

P:\CLIENTS\OE3CL\Glavin Construction\Pleadings\C07-1241 WHA Renewed Request to Vacate Calendar 073108.doc

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 1, 2008, I served the following document:

**RENEWED REQUEST TO VACATE
CASE MANAGEMENT CONFERENCE
AND RELATED DATES**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Glavin Construction Management**  
**100 Breakwater Way**  
**Vacaville, CA 95688**

**Glavin Construction Company, Inc.**  
**100 Breakwater Way**  
**Vacaville, CA 95688**

**Matthew J. Gilbert, Esq.**  
**2601 Nut Tree Rd #A**  
**Vacaville, CA 95687**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 1st day of August, 2008, at San Francisco, California.

_____/s/_____  
Vanessa de Fábrega